IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bonney, Karen L | Case Number: 07 B 23963 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 12/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 303.04 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 303.04 |
| Totals: | 303.04 | 303.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 18,000.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 1,250.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 216.50 | 0.00 |
| 5. | Target National Bank | Unsecured | 1,136.84 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 7,924.04 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,909.52 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 6,728.03 | 0.00 |
| 9. | Bill Me Later | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 12. | Hindsdale Hospital | Unsecured | | No Claim Filed |
| 13. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 14. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 15. | Richard McKane DDS | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 37,164.93 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bonney, Karen L | Case Number:  07 B 23963 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/20/08 | Filed:  12/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

